1  A. David Youssefyeh (185994)
       david@adylaw.com
2  ADY LAW GROUP, P.C.
   1925 Century Park East, Suite 220
3  Los Angeles, California  90067
   Tel:     (310) 772-2872
4
   Rob D. Cucher (219726)
5      cucherlaw@msn.com
   CUCHER LAW, P.C.
6  9454 Wilshire Blvd Ste 600
   Beverly Hills, CA 90212
7  Tel:     (310) 795-5356
8  Attorneys for Defendants,
   CHRYSTAL PAK and HELEN JOO PAK
9

10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14  BALUBHAI PATEL, *et al.*                Case No.  8:25-cv-00621-FWS (JDE)

15
        Plaintiffs,
16                                          **STIPULATION TO EXTEND TIME TO**
                                            **RESPOND TO INITIAL COMPLAINT BY**
17      vs.                                 **NOT MORE THAN 30 DAYS (L.R. 8-3)**

18
    CHRYSTAL PAK, *et al.*                  **Complaint served:** August 21, 2025
19
                                            **Current response date:** September 11, 2025
20      Defendants.
21                                          **New response date:** October 6, 2025

22

23

24

25

26

27

28

– 1 –

STIPULATION TO EXTEND TIME

**STIPULATION**

WHEREAS, Plaintiffs filed the Complaint against Defendants on March 28, 2025;

WHEREAS, the existing deadline for Defendants to answer or otherwise respond to the Complaint was on September 11, 2025;

WHEREAS, counsel for Plaintiffs and Defendants have been trying to meet and confer prior to Defendants filing a responsive pleading;

WHEREAS, no Defendant has requested any prior extension of time to answer or otherwise respond to the Complaint;

WHEREAS, Local Rule 8-3 allows parties to stipulate to extend the deadline to answer or otherwise respond to an initial complaint by up to 30 days without court order; and

WHEREAS, to promote judicial economy and efficiency, Defendants have requested, and Plaintiffs have agreed to allow, an extension of time for Defendants to answer or otherwise respond to the Complaint up to and including October 6, 2025.

Based on the foregoing, Plaintiffs and Defendants, through their respective counsel of record, hereby stipulate and agree that Defendants shall have until October 6, 2025, to answer or otherwise respond to the Complaint.

DATED: September 17, 2025

Respectfully submitted,

ADY LAW GROUP, P.C.

By:_____

A. David Youssefyeh

Attorneys for Defendants,
CHRYSTAL PAK and HELEN JOO PAK

– 2 –

1

2
DATED: September 17, 2025                    Respectfully submitted,

3

4

5
                                            By: /s/ *Frank A. Weiser*

6
                                                Frank A. Weiser

7

8
                                            Attorneys for Plaintiffs,

9
                                            BALUBHAI PATEL, *et al.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 17, 2025

Respectfully submitted,

ADY LAW GROUP, P.C.

By:_____

A. David Youssefyeh

Attorneys for Defendants,
CHRYSTAL PAK and HELEN JOO PAK

STIPULATION TO EXTEND TIME